| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Steven G. Sklaver (SBN (237612)<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars Suite 1400<br>Los Angeles, CA 90067<br>   *Telephone No:* 310-789-3100<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

*Plaintiff:* GENESETT CORPORATION, as Trustee of the Genesett Trust Dated 10/23/01
*Defendant:* SUN LIFE ASSURANCE COMPANY OF CANADA

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23−cv−05417−HDV−PD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Breach Of Contract; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. a. Party served:   SUN LIFE ASSURANCE COMPANY OF CANADA
   b. Person served:   Jessie Gastelum, CT Corporation System, Inc., Registered Agent
      Served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 N Brand Blvd., Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 11 2023 (2) at: 12:35 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)      d. **The Fee** for Service was: $131.68
   b. FIRST LEGAL
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

07/11/2023
(Date)                 (Signature)



PROOF OF SERVICE

9162918
(5371112)